**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MICHAEL D ERRICKSON<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7583 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | MARCIA J ERRICKSON<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0785 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 15–26270–ABA | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

MICHAEL D ERRICKSON MARCIA J ERRICKSON

10/5/20

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:
MICHAEL D ERRICKSON
MARCIA J ERRICKSON
Debtor(s)

Case No. 15-26270-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Oct 05, 2020 Form ID: 3180W Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | MICHAEL D ERRICKSON, MARCIA J ERRICKSON, 6514 TUNNEY AVE, Mays Landing, NJ 08330-1927 |
| 515889495 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515710267 | + | CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 515710269 | | Chase Disney, PO BOX 901003, Columbus, OH 43224 |
| 515710273 | | Edfinancial Services, PO BOX 36008, Knoxville, TN 37930-6008 |
| 515739959 | + | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518887409 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518887410 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 515840560 | + | Millville Rescue Squad, C/o Wakefield & Assiciates Inc, 830 E Platte Ave, PO Box 58, Fort Morgan, CO 80701-0058 |
| 515753589 | + | Navient Solutions, Inc. on behalf of NJHESAA, P.O. Box 548, Trenton, NJ 08625-0548 |
| 515710280 | | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 515710282 | + | QVC credit card, 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 515710284 | + | Sun National Bank, 226 W Landis Ave, Vineland, NJ 08360-8142 |
| 515710286 | | US Dept of Education, PO BOX 105193, Atlanta, GA 30348-5193 |
| 515710287 | + | WAKEFIELD & ASSOC, 10800 E BETHANY DR #4, Aurora, CO 80014-2697 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2020 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2020 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515710266 | | EDI: BANKAMER.COM | Oct 06 2020 01:33:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 515822379 | | EDI: BL-BECKET.COM | Oct 06 2020 01:33:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515710270 | | EDI: JPMORGANCHASE | Oct 06 2020 01:33:00 | Chase Freedeom Cardmember Services, PO Box 94014, Palatine, IL 60094-4014 |
| 515710271 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 05 2020 22:18:42 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 515710272 | | EDI: DISCOVER.COM | Oct 06 2020 01:33:00 | Discover Card, PO BOX 15316, Wilmington, DE 19850 |
| 515723646 | | EDI: DISCOVER.COM | Oct 06 2020 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515710274 | + | EDI: CITICORP.COM | Oct 06 2020 01:33:00 | Home Depot/Citi Bank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 515845054 | | EDI: IRS.COM | Oct 06 2020 01:33:00 | INTERNAL REVENUE SERVICE, DEPT OF TREASURY, PO BOX 9052, ANDOVE, MA |

| | | | | 01810-9052 |
|---|---|---|---|---|
| 515710268 | | EDI: JPMORGANCHASE | Oct 06 2020 01:33:00 | Chase Card, PO BOX 15298, Wilmington, DE 19850 |
| 515710275 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 05 2020 21:42:00 | KOHLS / Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 515790526 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2020 22:19:04 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515710276 | + | EDI: RMSC.COM | Oct 06 2020 01:33:00 | Lowes / SYNCB, PO BOX 965005, Orlando, FL 32896-5005 |
| 515710277 | + | EDI: MID8.COM | Oct 06 2020 01:33:00 | Midland Credit Management Inc, PO BOX 2121, Warren, MI 48090-2121 |
| 515885496 | + | EDI: MID8.COM | Oct 06 2020 01:33:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515710278 | + | EDI: MID8.COM | Oct 06 2020 01:33:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 515710279 | + | EDI: NAVIENTFKASMSERV.COM | Oct 06 2020 01:33:00 | Navient, PO BOX 9500, Wilkes Barre, PA 18773-9500 |
| 515878203 | | EDI: PRA.COM | Oct 06 2020 01:33:00 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 515873138 | | EDI: PRA.COM | Oct 06 2020 01:33:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk VA 23541 |
| 516172335 | | EDI: Q3G.COM | Oct 06 2020 01:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516172336 | + | EDI: Q3G.COM | Oct 06 2020 01:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, MOMA Funding LLC 98083-0788 |
| 515710281 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 05 2020 21:43:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 515750402 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 05 2020 21:43:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 515710283 | | EDI: SEARS.COM | Oct 06 2020 01:33:00 | Sears MasterCard, PO BOX 6282, Sioux Falls, SD 57117-6282 |
| 515850797 | + | Email/Text: bncmail@w-legal.com | Oct 05 2020 21:43:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515710285 | + | EDI: WTRRNBANK.COM | Oct 06 2020 01:33:00 | Target Visa / TD BANK, PO BOX 673, Minneapolis, MN 55440-0673 |
| 515710288 | + | EDI: WFFC.COM | Oct 06 2020 01:33:00 | Wells Fargo Bank, PO BOX 14517, Des Moines, IA 50306-3517 |
| 515933324 | + | EDI: WFFC.COM | Oct 06 2020 01:33:00 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515846816 | * | Internal Revenue Service, PO Box 804527, Cincinnati, OH 45280-4527 |

jdb *+ MARCIA J ERRICKSON, 6514 TUNNEY AVE, Mays Landing, NJ 08330-1927

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. bankruptcynotice@zuckergoldberg.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joshua I. Goldman | on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |
| Robert J. Campbell | on behalf of Joint Debtor MARCIA J ERRICKSON robertcampbell2@comcast.net robertcampbell@comcast.net |
| Robert J. Campbell | on behalf of Debtor MICHAEL D ERRICKSON robertcampbell2@comcast.net robertcampbell@comcast.net |

TOTAL: 7